# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Filomena Chaves,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                       3:04CV516

Jo Anne Barnhart,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 12/6/05 Order.

FRANK G. JOHNS, CLERK

December 6, 2005

BY: _____

Candace Cochran, Deputy Clerk